UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>Warden R. L. MORRISON,<br>Unit Manager DAVID BAKER, and<br>Case Manager J. WITTE,<br><br>    Defendants. | Civil File No. 06-3098 (JNE/JJG)<br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 16, 2006

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                Judge, U.S. District Court